IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LOCLYN LABORDE, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | CIVIL ACTION NO.: 5:23-cv-100 |

**O R D E R**

  Defendant filed an Unopposed Motion for Entry of Judgment With Remand.  Doc. 12. Defendant seeks to have this cause remanded to the Social Security Administration under sentence four of 42 U.S.C. § 405(g).  Upon consideration, the Court **GRANTS** Defendant's Motion.  The Court reverses the decision of the Commissioner and remands this cause to the Commissioner.  On remand, the Commissioner is to further evaluate the medical opinion evidence, provide Plaintiff with the opportunity to have another hearing, take further action to complete the administrative record and resolve any outstanding issues, and issue a new decision. Id. at 2.  The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment.

  **SO ORDERED**, this 23rd day of February, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA